**Motion Granted; Appeals Dismissed and Memorandum Opinion filed February 25, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00738-CV

---

## PL CONSTRUCTION, INCORPORATED, LANCE TROUNG, PAUL TROUNG AND MICHELLE UYEN TRAN, Appellants

### V.

### QND, INC., Appellee

### &

---

## NO. 14-13-00886-CV

---

### QND, INC., Appellee

### V.

## PL CONSTRUCTION, INCORPORATED, LANCE TROUNG, PAUL TROUNG AND MICHELLE UYEN TRAN, Appellants

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-64077**

---

# MEMORANDUM OPINION

These appeals are from a judgment signed May 24, 2013. On January 31, 2014, the parties filed a joint motion to dismiss the appeals. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeals are ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.